UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>Plaintiff,<br><br>v.<br><br>RODGER MUSSO,<br><br>Defendant. | No. 2:21-cv-01659-TLN-AC<br><br>**ORDER** |

Plaintiff, proceeding *pro se*, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On September 17, 2021 the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days. (ECF No. 3.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 17, 2021, are adopted in full; and

2. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED but the complaint is DISMISSED with prejudice because it fails to state a claim upon which relief can be

granted and because there is no federal jurisdiction to hear this case.

**DATED:  January 10, 2022**

_____
Troy L. Nunley
United States District Judge

2