UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL, | No. 2:21-cv-01659 TLN AC |
| Plaintiffs, | |
| v. | ORDER |
| RODGER MUSSO, | |
| Defendant. | |

Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On February 11, 2012, plaintiff filed a motion for an extension of time "to process proofs of intent injuries by the Defendants clever, injurious, selfish process of abusive law strategies against a perceived prejudicial conveniently placed incredibly injurious 'vexacious littigant [sic] accusations at the 'entire state venues of the California Superior Courts'." ECF No. 12. This case was closed on January 11, 2022. ECF No. 10. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. Plaintiff's motion at ECF No. 12 will, accordingly, not be considered.

DATED: February 15, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE